[No. 43992-8-I.  Division One.  December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ULYSSES STEVE FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06644-6, Richard M. Ishikawa, J., entered December 18, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44012-8-I.  Division One.  December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00648-6, Ann Schindler, J., entered January 11, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44033-1-I.  Division One.  December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANH THAI TUAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07344-2, Anthony P. Wartnik, J., entered January 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44109-4-I.  Division One.  December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK GROSSETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04224-5, Charles W. Mertel, J., entered January 11, 1999. *Affirmed* by unpublished per curiam opinion.